(c) Pension, annuity, or life insurance payments ☐ Yes ☐ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts or inheritances ☐ Yes ☐ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☐ No
(g) Any other sources ☐ Yes ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

**Unemployment Insurance Benefits: $504/week. I've exhausted my benefits effective 5/22/22.**

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

   $466.63

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

   No

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

   Rent, $1,416.12 Spectrum: $114.98, Con ED: $43.78, Verizon: $160.57, Public Storage: $169.00, Citi card: $482.60

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

   Self

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

   BERS TDA Loans total: $25,927.08

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

5/23/22
Dated

Signature

Byfield, Megan, S.
Name (Last, First, MI)

Prison Identification # (if incarcerated)

86-25 VanWyck Expressway   Briarwood   NY   11435
Address                    City        State Zip Code

917-826-6479
Telephone Number

megansbyfield@gmail.com
E-mail Address (if available)

IFP Application, page 2