IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Megan S. Byfield )
_____ )
USA / Plaintiff(s) )
)
) Case No.: 1:22-cv-05869-KPF
v. )
New York City Department of )
Education (NCDOE) et al )
_____ )
Defendant(s) )   **MEMO ENDORSED**
)
)

**REDACTION REQUEST - TRANSCRIPT**

Now comes  Plaintiff/Pro Se  by counsel and submits this Redaction Request regarding a recently filed transcript of an official court proceeding directly to the court reporter/transcriber. Federal Rule of Civil Procedure 5.2, and Federal Rule of Criminal Procedure 49.1 require redaction of the following personal identifiers:

- Social Security numbers (or taxpayer identification number) to the last four digits,
- Financial account numbers to the last four digits,
- Dates of birth to the year,
- Names of minor children to the initials, and
- Home addresses to the city and state.

It is requested that consistent with the Policy, the following information be redacted prior to the transcript being made remotely electronically available:

| Document # of Transcript | Page | Line(s) | Identifier (Example : SSN 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) | Redaction Requested (Example: SSN 9999) |
|---|---|---|---|---|
|  | 12 | 25 | 2019 | August 20, 2020 |
|  | 13 | 1 | 2019 | August 20, 2020 |
|  | 14 | 5, 7 | October 2019 | October 30, 2020 |
|  | 16 | 15 | October 2019 | October 30, 2020 |
|  |  |  |  |  |

The undersigned acknowledges that redactions other than the personal identifiers listed above requires a separate Motion for Redaction of Electronic Transcript be filed.

S/ Megan S. Byfield
_____
Attorney for  Pro Se
Address:
86-25 Van Wyck
Expressway, 201
Briarwood, NY 11435

Date: 02/02/2023

**NOTE:** *Submit this Redaction Request directly to the court reporter/transcriber and not to the Court.*
*Do not file this Redaction Request on CM/ECF*

Application DENIED.  Plaintiff may not use a redaction request to correct statements made on the record.  Plaintiff may take comfort in the fact that the Court will decide the merits of the case based on the Amended Complaint and motion papers, not on rough date estimations Plaintiff made during a pre-motion conference.

Dated:     February 3, 2023              SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE