UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN BYFIELD,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION (NYCDOE),<br><br>                    Defendant. | 22 Civ. 5869 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Ms. Byfield's fifty-page opposition to Defendant's motion to dismiss dated September 4, 2023 (Dkt. #56). This submission is twenty-five pages longer than the page limits set forth in the Rule 4(a) of the Court's Individual Rules of Practice in Civil Cases. Given Ms. Byfield's *pro se* status, the Court will allow the oversized brief in this one instance but provides Defendant with ten additional pages for its reply to address Ms. Byfield's arguments.

         SO ORDERED.

Dated:   September 8, 2023
              New York, New York

                                                          _____
                                                             KATHERINE POLK FAILLA
                                                             United States District Judge