# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Megan S. Byfield

Write the full name of each plaintiff or petitioner.

Case No. 1:22 CV 05869KPF

-against-

New York City Department of Education

**NOTICE OF MOTION**

Stay of Proceedings

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **Plaintiff** **Megan S. Byfield**
plaintiff or defendant / name of party who is making the motion

requests that the Court:

I am asking the court to freeze the case management plan until the Second Circuit makes a decision. I am asking for a stay of the case pending a decision by the US Court of Appeals. Perhaps, this motion is not necessary since an appeal usually stays a proceeding but if this was not done automatically, may this motion serve to initiate the stay of proceedings process pending a decision by the US Court of Appeals for the Second Circuit.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents: Appeal motion for leave to appeal, Application ftct Request Pro Bono Councel, IFP Application, these have already been submitted.

1/8/2024
Dated

*Megan Byfield*
Signature

Megan S. Byfield
Name

Prison Identification # (if incarcerated)

86-25 Van Wyck Expressway apt# 201    Briarwood    NY    11435
Address / City / State / Zip Code

917-826-6479
Telephone Number (if available)

megansbyfield@gmail.com
E-mail Address (if available)

SDNY Rev: 5/24/2016

The Court is in receipt of Plaintiff's above filing, requesting that the Court stay discovery pending the Second Circuit's resolution of Plaintiff's appeal. (Dkt. #65).

As it relates to Plaintiff's request to effectively stay this case pending developments at the Second Circuit, this Court is disinclined to stay all deadlines as there has been no final disposition of the case. The Court believes that a response from Defendant to the above filing would be helpful.

As such, Defendant is ORDERED to submit a response of no more than two pages by **January 24, 2024**. In the interim, the parties should be proceeding with discovery.

The Clerk of Court is directed to terminate the pending motion at docket entry 65.

Dated:     January 17, 2024            SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE