

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SHEMORI CORINTHIAN<br>Labor and Employment Law Division<br>(212) 356-4076<br>scorinth@law.nyc.gov |

January 24, 2024

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Byfield v. New York City Department of Education
                Docket No. 22-CV-05869 (KPF) (KHP)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendant, The New York City Department of Education, in the above-referenced action. On January 8, 2024, Plaintiff requested a stay of this action pending the resolution of Plaintiff's Second Circuit interlocutory appeal regarding certain dismissed claims (ECF Dkt. No. 65). Pursuant to the Court's Order dated January 17, 2024 (ECF Dkt. No. 67), I write to inform the Court that Defendant has no objection to Plaintiff's request. However, Defendant is prepared to move forward with this action, including all discovery deadlines as outlined the case management plan, should the Court deny Plaintiff's request.

                                                    Respectfully submitted,

                                                    */s/ Shemori S. Corinthian*
                                                    Shemori S. Corinthian
                                                    Assistant Corporation Counsel

cc:     Megan S. Byfield (By email and first class mail)
          Plaintiff, Pro se
          86-25 Van Wyck Expressway, Apt. 201
          Briarwood, New York 10001
          (917) 826-6479
          meganbyfield@gmail.com