UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN BYFIELD,<br><br>      Plaintiff,<br><br>      -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION (NYCDOE),<br><br>      Defendant. | 22 Civ. 5869 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  This action was stayed pending resolution of Plaintiff's interlocutory appeal (Dkt. #71). On August 16, 2024, Plaintiff's appeal was dismissed (Dkt. #72). The Court hereby ORDERS that the stay remain in effect for an additional 30 days, until **October 30, 2024**, to facilitate Plaintiff's efforts to retain counsel. On or before that date, Plaintiff shall file a status update on the docket, informing the Court about her efforts.

  SO ORDERED.

Dated: September 30, 2024
     New York, New York

                          KATHERINE POLK FAILLA
                          United States District Judge