UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGAN BYFIELD,<br><br>       Plaintiff,<br><br>      -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION (NYCDOE),<br><br>       Defendant. | 22 Civ. 5869 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On January 25, 2024, this action was stayed pending resolution of Plaintiff's interlocutory appeal. (Dkt. #71). On August 16, 2024, Plaintiff's appeal was dismissed. (Dkt. #72). On September 30, 2024, the Court ordered that the stay remain in effect for an additional 30 days to facilitate Plaintiff's efforts to retain counsel. (Dkt. #73). In a letter filed on October 30, 2024, Plaintiff indicated that she had retained counsel. (Dkt. #74). On November 7, 2024, the Court ordered that the stay remain in effect until counsel for Plaintiff appeared in the action, at which time the parties were to provide the Court with a status update in a joint letter. (Dkt. #75). Counsel for Plaintiff appeared on January 13, 2025. (Dkt. #76, 77). Plaintiff's counsel has yet to respond to Court outreach, though Corporation Counsel responded on January 23, 2025, indicating that the parties would provide the Court with an update "shortly."

  Accordingly, the parties are hereby ORDERED to file a joint letter updating the Court on the status of the case, and whether the stay ought to be lifted, on or before **March 3, 2025**.

SO ORDERED.

Dated: February 24, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge