# BALLON STOLL P.C.

COUNSELLORS AT LAW         FOUNDED 1931                                  810 SEVENTH AVENUE
                                                                                    SUITE 405
                                                                          NEW YORK, NY 10019
                                                                            Ph: 212-575-7900

                                                                           www.ballonstoll.com

March 3, 2025
                                                                          JILLIAN TATTERSALL
                                                                           SENIOR ASSOCIATE
                                                                     jtattersall@ballonstoll.com

**VIA ECF**

Honorable Judge Katherine Polk Failla
Thurgood Marshall United States Courthouse Rm. 218
40 Foley Square
New York, NY 10007



**Re: Byfield v. New York City Department of Education, et al., 1:22-cv-05869-KPF**

Dear Judge Failla,

Ballon Stoll P.C. represents Plaintiff, Megan Byfield, and writes with Defendants' consent to request additional time to file the required status update in the above-referenced matter. At this time, the client and counsel are actively discussing and seeking to finalize the appropriate litigation strategy, and we require additional time to reach a decision that will best serve the client's interests.

Given these ongoing discussions, we kindly request an extension of thirty (30) days to submit the status update. This extension will allow us to ensure that all relevant considerations have been properly addressed before informing the Court of our next steps.

We appreciate the Court's time and consideration of this request. Please let us know if a formal motion is required or if there are any concerns regarding this extension.

Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        *Jillian Tattersall*
                                        Jillian Tattersall, Esq. (JT 1572)
                                        Counsel for Plaintiff Byfield

Cc: All Counsel of Record (via ECF)

Application GRANTED *nunc pro tunc*. The deadline for the parties to file a joint status letter is hereby ADJOURNED to on or before **April 2, 2025.**

The parties are advised that the Court will grant no further extension requests absent particularly compelling circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 79.

Dated:   March 4, 2025          SO ORDERED.
         New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE